**Dismiss and Opinion Filed January 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00853-CV

**BICH NGA NGUYEN, Appellant**
**V.**
**SUMMIT RESIDENTIAL SERVICES, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01169-E**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Myers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated September 25, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated September 25, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated December 8, 2020, we informed appellant the

clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. See TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Lana Myers/
LANA MYERS
JUSTICE

200853F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BICH NGA NGUYEN, Appellant

No. 05-20-00853-CV    V.

SUMMIT RESIDENTIAL
SERVICES, LLC, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-01169-
E.
Opinion delivered by Justice Myers.
Justices Osborne and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee SUMMIT RESIDENTIAL SERVICES, LLC
recover its costs of this appeal from appellant BICH NGA NGUYEN.

Judgment entered this 28th day of January, 2021.